IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Vicenta E. Montoya-Torres - #097192

No. C 14-80226

**ORDER RE REASSIGNMENT**

This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.

**IT IS SO ORDERED.**

Dated: September 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE