r

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Vincenta E. Montoya-Torres - #097192

Case No.  14-mc-80226-JD

**ORDER OF SUSPENSION**

Because Vincenta E. Montoya-Torres has failed to respond to the Order to Show Cause, Mr. Montoya-Torres's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  October 9, 2014

_____

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Vincenta E. Montoya-Torres - #097192

Case No.  14-mc-80226-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/9/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicenta E. Montoya-Torres
330 E. Charleston Blvd.
Suite 200
Las Vegas, NV 89104

Dated: 10/9/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California